# NO. 12-09-00136-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  | § |  |
|---|---|---|
| *IN RE: CURTIS ANTONIO DAVIS,* *RELATOR* | § | *ORIGINAL PROCEEDING* |
|  | § |  |

## MEMORANDUM OPINION
### PER CURIAM

Relator Curtis Antonio Davis seeks a writ of mandamus requiring the respondent, the Honorable Jack Skeen, Jr., Judge of the 241st Judicial District Court, Smith County, Texas, to act on Davis's pending applications for writ of habeas corpus, which arise from two misdemeanor cases (trial court cause numbers 68,554-A and 71,585-A).

Davis has now notified this court that the respondent trial court has acted on the two pending habeas applications and denied habeas relief. We have also received a copy of the order signed by the trial court denying such relief. Accordingly, we *dismiss* Davis's petition for writ of mandamus as moot.

Opinion delivered June 10, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)